IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**CHARMMORCUS HOLLOWAY, SR.**                                                 **PLAINTIFFS**
**ADC # 523608**

and

**EMMANUEL D. SCOTT**

and

**MASHAN LEE**


V.                                    Case No. 4:08CV00821 GTE


**WES LOTT, Officer, Little Rock Police
Department; JASON HARRIS, Officer, Little
Rock Police Department; MACRICE SANDERS,
Little Rock Police Department; and ALICE
WALTON, Little Rock Police Department**                                     **DEFENDANTS**


## ORDER

Plaintiffs initiated this § 1983 action by filing a Complaint (docket entry #2) alleging excessive force against Plaintiff Holloway, who was bitten by a police dog during an arrest. The Complaint appeared to list Mashan Lee and Emmanuel Scott as Plaintiffs along with Plaintiff Holloway, although no facts were alleged that indicated that they had any claims in the action described. In an Order dated August 15, 2008 (docket entry #4), Lee and Scott were directed to submit Amended Complaints and *In Forma Pauperis* applications.

On September 3, 2008, Plaintiff Holloway submitted several documents to the Court as

exhibits in support of his Complaint (docket entry #6) and included a note: "Mashan Lee and Emmanuel Scott were witnesses.  Not Plaintiffs."  Neither Mashan Lee nor Emmanuel Scott have submitted Amended Complaints or *In Forma Pauperis* applications. Under these circumstances, the Court concludes that Mashan Lee and Emmanuel Scott should be removed from the Court's docket as Plaintiffs in the instant case, and their names terminated as parties to this action.

IT IS SO ORDERED this   16th    day of October, 2008.

　　　　　　　　　　　　　　　　　　　_/s/Garnett Thomas Eisele_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE