**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CHARMMORCUS HOLLOWAY, SR.
ADC # 523608                                                                                          PLAINTIFF

V.                                              4:08CV00821 GTE

WES LOTT, Officer, Little Rock Police
Department; JASON HARRIS, Officer, Little
Rock Police Department; MACRICE SANDERS,
Little Rock Police Department; and ALICE
WALTON, Little Rock Police Department                                              DEFENDANTS

**ORDER**

      Construing Plaintiff's Complaint liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983. Therefore, the Court will order service upon Defendants at this time. Accordingly, the Clerk of the Court shall prepare summons for these Defendants, and the United States Marshal is directed to serve a copy of the Complaint (docket entry #2), this Order, and summons on Defendants without prepayment of fees and costs or security therefore.

      DATED this __5th__ day of December, 2008.

                                          ____/s/Garnett Thomas Eisele_____
                                          UNITED STATES DISTRICT JUDGE