**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CHARMMORCUS HOLLOWAY, SR.**                                                          **PLAINTIFF**
**ADC # 26344-009**

**VS.**                                    **4:08-CV-00821-GTE**

**WES LOTT, et. al.**                                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order Granting Summary Judgment filed in this matter this date ruling that Separate Defendants Wes Lott, Jason Harris, Macrice Sanders and Allison Walton are entitled to judgment as a matter of law, it is hereby CONSIDERED, ORDERED, AND ADJUDGED that any and all remaining claims asserted by Plaintiff Charmmorcus Holloway, Sr., be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this  3rd  day of February, 2011.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE